Phil Brockett, OSB ID Number 02013
philbrockett@bendlegal.com
Phil Brockett
P.O. Box 96
Bend, OR 97709-0096
Telephone No. (541)550-8781
Attorney for Plaintiff Kenneth R. Nielsen

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

KENNETH R. NIELSEN,

            Plaintiff,

Case No.: 2:12-cv-01322-HZ

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

            Defendant.

ORDER FOR EAJA FEES

---

      Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6568.80 is awarded to Plaintiff pursuant to the Equal Access to Justice Act [EAJA], 28 U.S.C. § 2412. Plaintiff's attorney is ORDERED to not seek recovery from the plaintiff of amounts offset under the Treasury Offset Program. Any fees that may later be awarded to plaintiff's attorney pursuant to 42 U.S.C. § 406(b), however, shall not be reduced by the amounts of EAJA fee offset under the Treasury Offset Program.

ORDER FOR EAJA FEES                                                Page 1


Subject to any offset allowed under the Treasury Offset Program (as discussed in *Astrue v. Ratliff*, ___ U.S. ___ (2010)), payment of the award shall be by made by check payable to plaintiff's attorney, Phil Brockett, and mailed to plaintiff's attorney at P.O. Box 96, Bend, Oregon, 97709-0096.

DATED this ____14____ day of ____May_____, 2013.

_____
Marco A. Hernandez
United States District Court Judge

Presented by:

s/ Phil Brockett
OSB # 02013
Attorney for Plaintiff